ORIGINAL

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734



Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DALE MARCZAK | ) | CIVIL NO. CV08 00441 SOM KSC |
| | ) | |
| Plaintiff, | ) | COMPLAINT; SUMMONS |
| | ) | |
| vs. | ) | |
| | ) | |
| YUMI LIQUORS, INC. | ) | |
| dba DIAMOND CASTLE | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff DALE MARCZAK, through his undersigned counsel, avers and alleges as follows:

<u>JURISDICTION AND VENUE</u>

1. This court has original jurisdiction pursuant to 28 U.S.C. § 1331 through the federal question raised herein, namely the alleged violation of the Americans With Disabilities Act of 1990 (hereinafter "ADA"), 42 U.S.C. §§ 12101 <u>et</u> <u>seq.</u>, and has pendant jurisdiction over the parallel state law claim.

2. All events material hereto occurred within the District of Hawaii.

3. The plaintiff is a person with a disability who as a past and future patron of the defendant is or is about to be subjected to unlawful discrimination.

4. The defendant is a public accommodation, operating one or more places of public accommodation, including a cocktail lounge located at 98-020 Kamehameha Hwy. in Aiea that falls under the ambit of the ADA, 42 U.S.C. §§ 12181 et seq. and is amenable to suit by any aggrieved person with disability for violation of the ADA and/or Hawaii Revised Statute § 347-13.

5. The defendant has violated the ADA and Hawaii Revised Statute §347-13 by denying the plaintiff equal accommodations and not complying with the ADA, having failed to eliminate readily achievable architectural barriers to equal accessibility, including but not limited to only inaccessible restrooms.

THEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE COURT enter judgment for the plaintiff and against the defendant and order the following relief:

A) A permanent injunction ordering the defendant's full compliance with the ADA within ninety (90) days;

B) Monetary damages in the amount of $1,000.00 as provided for in Hawaii Revised Statute § 347-13.5;

C) Payment of plaintiff's litigation costs, including reasonable expert and attorney's fees; and

D) Such other relief as the court deems proper.

DATED: Honolulu, Hawaii, 9/28/08.

                                          LUNSFORD DOLE PHILLIPS
                                          Attorney for Plaintiff

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DALE MARCZAK | ) | CIVIL NO. |
| | ) | |
| Plaintiff, | ) | SUMMONS |
| | ) | |
| vs. | ) | |
| | ) | |
| YUMI LIQUORS, INC. | ) | |
| dba DIAMOND CASTLE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SUMMONS**

STATE OF HAWAII

To the above-named defendant(s):

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is stated above, an answer to the COMPLAINT which is attached hereto. This action must be taken within 20 days after service of this summons upon you, exclusive of the date of service.

3

If you fail to make your written answer within the 20-day time limit, judgment by default will be taken against you for the relief demanded in the COMPLAINT.

DATED: Honolulu, Hawaii, _____OCT 0 6 2008_____.

_____
SUE BEITIA
Clerk of the above-entitled court

_____
Deputy Clerk of the above-entitled court

THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.

FAILURE TO OBEY THE SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE PERSON SUMMONED.

You are here: BREG Online Services

Home - BREG
**BREG Online Services**
 Annual Business Filing
 Search for a Business Name
 Purchase Documents Online NEW
 Purchase Certificate of Good Standing
 Authenticate a Certificate of Good Standing
 Register a Business
 Entity List Builder
Contact BREG
Technical Support
Feedback
Account Login [?]
Create an Account



Begins with    [Search]   Cart

# LTHY ENTERPRISES, INC.
DOMESTIC PROFIT CORPORATION

**GENERAL INFO**   **ANNUAL FILINGS**   **OFFICERS**   **STOCKS**   **TRADE NAMES/MARKS**
**OTHER FILINGS**   **BUY AVAILABLE DOCS**

## General Info                               VIEW AND PRINT COMPANY INFO

 No Standing - Entity Inv. Dissolved

| | |
|---|---|
| **MASTER NAME** | LTHY ENTERPRISES, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **FILE NUMBER** | 93028 D1 |
| **STATUS** | Inv. Dissolved |
| **PURPOSE** | TO OWN AND/OR OPERATE A COCKTAIL LOUNGE |
| **PLACE INCORPORATED** | Hawaii UNITED STATES |
| **INCORPORATION DATE** | Oct 5, 1993 |
| **MAILING ADDRESS** | 1251 HEULU ST STE 105 HONOLULU, Hawaii 96822 UNITED STATES |
| **TERM** | PER |

Subscription Services   Terms of Use   Privacy Policy   ADA Compliance   State Portal   Comments   Contact Us
Copyright © 2008 State of Hawaii. All rights reserved.

