ORIGINAL

LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 3 0 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DALE MARCZAK | ) | CIVIL NO. 08-00441 SOM/KSC |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH |
| | ) | PREJUDICE OF ALL CLAIMS |
| vs. | ) | AND PARTIES |
| | ) | |
| YUMI LIQUORS, INC. | ) | |
| dba DIAMOND CASTLE | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

The Complaint filed by Plaintiff is hereby dismissed with prejudice,
pursuant to F.R.Civ.P. 41 (a)(1)(i).   No Answer or Motion has been filed.

DATED: Honolulu, Hawaii, _____12/30/08_____.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff